UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE EDMUND WILSON,

    Plaintiff,

v.

UNKNOWN OLSON, et al.,

    Defendants.
_____/

Case No. 1:22-cv-875

Hon. Hala Y. Jarbou

## ORDER

On April 10, 2024, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's motion for reconsideration be denied (ECF No. 43). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 43) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration (ECF No. 42) is **DENIED**.

Dated: May 9, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE